[No. 6101–1. Division One. April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTIS GENE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81023, Barbara Durham, J., entered October 27, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Andersen, JJ.

[No. 6197–1. Division One. April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DENNIS WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 77556, Carolyn R. Dimmick, J., entered January 3, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Dore and Ringold, JJ.

[No. 6290–1. Division One. April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. FREED, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8502, Daniel T. Kershner, J., entered January 20, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.

[No. 6310–1. Division One. April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN KENNETH OLSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82741, Frank D. Howard, J., entered January 29, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.